# EXHIBIT A

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 4 Bstars US, Seller ID A3G6T9J13ABHB7**

The primary elements of claim 1 (copied fully below in the left column of the chart) are:
- Fuel Chamber Portion
- Conduit Portion
- Floor
- Channel
- Aperture extends from channel through a wall of Conduit Portion

There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.

The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements. Claims elements are also shown in the chart below using images of Defendant's product.

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL



| | Claim 1 |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CJNXMHC2 is a "Cocktail Smoker Kit. . . with 6 Flavors Wood Chips. . ." which is a device for imparting smoked flavors to beverages and foodstuffs. |

2

FILED UNDER SEAL



| a base having a fuel | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips: |



| | |
|---|---|
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br><br> |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning. In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |

| | |
|---|---|
| |  |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |

FILED UNDER SEAL

| | |
|---|---|
| | Conduit portion below floor of fuel chamber |
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore.<br><br>Channel |
| so that, when the fuel in the fuel | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |

| | | |
|---|---|---|
| chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion |  | |
| | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass. | |

FILED UNDER SEAL



9

FILED UNDER SEAL

2
NUSICAN
Cocktail smoker kit
NUSICAN
Ignite the wood chips with the torch

Ignite the wood chips with a torch and create smoke



