Generated: Jun 4, 2024 4:50PM

Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jun 4, 2024 4:50PM

Ken Sheets

| Rcpt. No: 100007260 | Trans. Date: Jun 4, 2024 4:50PM | | | Cashier ID: #DE | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** New Civil Filing 1:24-cv-958- RDA-WEF Under Seal v Under Seal

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.