IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-cv-00958-RDA-WEF |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

This Court, having considered the *ex parte* Motion by Plaintiff Thousand Oaks Barrel Co., LLC, for a temporary restraining order including temporary asset restraint, expedited discovery, and service of process by email and for good cause shown, it is hereby

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that Amazon.com shall freeze all accounts associated with Defendants identified in Schedule A to the Verified Complaint and restrain and enjoin the transfer of any monies held in such accounts until further ordered by this Court; and it is further

ORDERED that Plaintiff may immediately serve limited discovery on Amazon.com sufficient to discovery the amounts of any monies held by Amazon.com in association with Defendants identified in Schedule A to the Verified Complaint as well as any name, email address,

1

address, telephone number, and bank account associated with such Amazon.com account(s); and it is further

ORDERED that Plaintiff may serve the Verified Complaint upon Defendants using the email addresses determined from said limited discovery; and it is further

ORDERED that any information disclosed to Plaintiff in response to discovery issued pursuant to this order may be used solely for the purpose of protecting Plaintiff's rights as set forth in the Verified Complaint.

SO ORDERED THIS _____ day of _____, 2023.

_____
United States Judge