FILED UNDER SEAL

**FILED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

2024 JUN -5 P 4: 51

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>**Plaintiff,**<br><br>**v.**<br><br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No. 1:24-cv-00958-RDA-WEF |

### <u>NOTICE OF HEARING</u>

PLEASED BE ADVISED THAT on June 7, 2024 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Thousand Oaks Barrel Co., LLC will move this Court for the entry of its *Ex Parte* Motion for ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCVOERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL in accordance with the accompanying motion and memorandum.

1

FILED UNDER SEAL

Date: June 5, 2024

Respectfully submitted,

  /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*