FILED UNDER SEAL

# EXHIBIT B

# FIRST AMENDED COMPLAINT

# LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

25. Configuration 1 applies the device in Exhibit B, has holes in the side wall of the conduit and corresponds in structure to Figure 5C of the '256 Patent.




*See* First Amended Complaint, ¶25.

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

**Defendants utilizing Configuration 1 functionality are the following:**

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 4 | Bstars US | A3G6T9J13ABHB7 | B0CJNXMHC2 |
| 7 | ROMUCHE | ASH1UZR0TNOGO | B0CGLCY64G |
| 8 | FLYBEAST DIRECT | A1PN1D90H62TDY | B0C6F1N4T7 |
| 11 | ClearScentCo | A1EENNXY0VX4NK | B0CHSHF39Y B0CHSHRTC9 |
| 15 | ecolll | A15L30FMJ6NUEZ | B0CFXZZBBH |
| 16 | PWX-US | A1TLFK5UNESQZU | B0CH84RWC4 |
| 18 | ruidderc | A302NXKP11SZHD | B0CKZ3NRCZ |
| 19 | MINGYAN Direct | A3IWGMTY08HSAJ | B0CGTYKMKX |
| 22 | MICHAEL GARMENT TRADING INC | A2DNJL4QOC71GD | B0BP2TP1NF |
| 23 | Envoylei | A90BD0S1J18RV | B0CGH4C6H4 |
| 26 | SLAM Ventures | AAO2XN7COX35W | B0BX71ZJ2F |
| 27 | TSCOCKTAILS | ASAE0ME1IIMUP | B0CB9DLNF3 |
| 29 | aoiko | A359Z652EOHYXV | B0C2ZTZ2Z5 |
| 30 | JAPEMAKE | A175UB7IMH3545 | B0CT4NGLKR |
| 34 | ALITA-US | AR0ISW5T58QN4 | B0CKJB3XK B0B5THF74V |
| 35 | maxboom | A2F4T76XAPG7VD | B0CJ4D4CL9 |
| 37 | DIKETONE | A2B1J7L5JHPIZA | B0CPSHS8JD |
| 38 | jiuyishop | A257QMJ1SM0CC1 | B0CSP2ZB7G |
| 39 | Daaaaa Mai | A2CI961UPLGOWS | B0BZZ3SNFX |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | | | |
|---|---|---|---|
| 40 | Farxiya | A3QPW9YF1L7P2B | B0CWN9XQGW |
| 44 | easybos | A1CYH9GJXPXOAO | B0CGHR3MRY |
| 45 | ClearScentCo | A1EENNXY0VX4NK | B0CHSHRTC9 |
| 46 | Identify Shop | A184H0E3Y7CHZX | B0CVJ2ZPVT<br>B0BVGBFL63 |
| 47 | Top TFS | A241ERRNAIT9PD | B09PYSP1F2 |
| 48 | jiuyishop | A257QMJ1SM0CC1 | B0CSP7M4RZ<br>B0CSP2ZB7G |
| 49 | Mixology Sip Aroma | A30CRR2VF7VQU3 | B0C89XWH6G |
| 50 | ADOGO-US | ANUIX77KX94AZ | B0CPJDP3DZ |
| 52 | MIDA 2U | A1M83DQTQXCFDT | B0C857S273 |
| 53 | La Cava | A1LS7RGO6P4K0E | B0C533YP52 |
| 54 | Hisueng | A1ZLEJ6HVZZV4C | B09RB1KSVT |
| 56 | STALLWORTH ENTERPRISES | A1LYVNDMP3IDTN | B0CFGSHN8X |
| 57 | chsweetan | AARI38VLTS2NK | B0CS69R6MB |
| 59 | DSKWR-USA | A3RCE03RQ63T9V | B0CT3QNL99 |
| 60 | Glwobal la | A3DP1C0V3A07DX | B0CPJSKCQ7 |
| 61 | Trained Ready & Armed | A2TEX2ZO2EC0N7 | B0C1HS1PZX |
| 63 | Capiant | A2T190QBUKO8PG | B0D1KFMMSS<br>B0CR6H1SCN |
| 65 | Sibosen | A585L0L7O44AA | B0CQR9PY1L |
| 66 | JAVLO | A17BR4S62M9FE1 | B0C8H91BTX<br>B0C8H87JMB |
| 67 | LinearMarkets | A1GNXMH70EDLEG | B0CD933ZDJ |
| 68 | heyClub | AO5AGEWLJ85VI | B0BRNGT7CW<br>B0BTY2X4JF<br>B0CLZPBZRN |
| 69 | SLAM Ventures | AAO2XN7COX35W | B0BX71ZJ2F |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | | | |
|---|---|---|---|
| 72 | Meih-SU | A3PX2TMV5WEZ9H | B0CGVDYY22 |
| 73 | Leikedun | A2CT85FVKV6JMB | B0CHLJD762 |
| 74 | Torched Cocktails | A3P5Y93E1RD55K | B0BMW8MRHX |
| 77 | TrendySupplyStore | A3H1L5RQTOYDUF | B0B8DW7XBJ |
| 79 | SLOW LIVING | A2XFVTJV62TO26 | B0CTFQV1N3 |
| 83 | Oxmok-US | A1S7BWF1QD0MUX | B0CB6VXNGV |
| 84 | Umail | A1IJILQ0GS7UKF | B0BP9PCWZF |
| 87 | CharmBoxLabs | AU6RG2N666QX5 | B0CVRW7599 |
| 88 | cocktail smoker kit | A3DGZ3TNHQ9UY9 | B0C289W8X7 |
| 89 | OWAYIDA | A1ET80676X8NAP | B09PL4LF47 |
| 90 | ANC Products, LLC | AAE37CVWZIC2Z | B09LXT61H8 |
| 91 | DUEBEL-Handcrafts | A2P1QWAVNEE33L | B0B4DF2PP9 |
| 92 | LUXIAMO | ASF0THC0HXOQF | B0CSG6TYNK |
| 93 | JEKOSEN | A1IA9A4135UCKV | B0CNYVVVMJ |
| 94 | Caretology | A1FX4AJXRCAPVX | B09TZJJY1Q |
| 95 | MogRiv | A15YZ4KRC8N14P | B0CRWN8BK9 |
| 97 | Future Charm-US | A1UOIQJDMTVAPO | B0C6QMQ2NF |
| 98 | Zaspaver | ADKGMWP3CE9MJ | B0D3PJ1G11<br>B0D3PPKN4B |

| Def. No. | Store Name | | Etsy.com Product Number |
|---|---|---|---|
| 99 | JoannaTateMonograms | | 1384323003 |
| 100 | GustoByVenus | | 1509093195 |
| 101 | Charmboxgift | | 1717396430 |
| 106 | MakdaGifts | | 1720109704 |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | | | |
|---|---|---|---|
| 107 | Caretology | | 1210666722 |
| 108 | BluelineLaserWorksUS | | 1241347816 |
| 109 | TrendJockey | | 1651662607 |
| 110 | BYouByTalitha | | 1326620798 |
| 111 | SLichStore | | 1555165590 |
| 112 | HireathCo | | 1546887238 |
| 113 | IndigoNightStudio | | 1422095651 |
| 114 | FitandForge | | 1555264687 |
| 116 | MijMojDesign | | 1574427777 |
| 117 | 321CustomCreations | | 1231061198 |
| 118 | LeafnLeatherCigar | | 1660870014 |
| 119 | GoodVibesbuy | | 1654376477 |
| 120 | FOURKLEESTORE | | 1596587912 |
| 121 | BauerGiftsCo | | 1424561943 |
| 122 | SouthernEdgeTX | | 1310500829 |
| 123 | LoveGigiTX | | 1322133437 |
| 124 | VoiceCloudCustoms | | 1536145137 |
| 125 | TheCraftyWarriorLLC | | 1308343167 |
| 126 | DreamTreeDesignsShop | | 1647360434 |
| 129 | TorchwoodDesignCO | | 1643332908 |
| 130 | SouthernBeachesBtq | | 1337103484 |
| 131 | BlackSheepLaserWorks | | 1303490925 |

## II. Example Claim 1 Chart for Defendant No. 4 Bstars, Seller ID A3G6T9J13ABHB7:

| Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 4 Bstars US, Seller ID A3G6T9J13ABHB7 |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br>• Fuel Chamber Portion<br>• Conduit Portion<br>• Floor<br>• Channel<br>• Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements. Claims elements are also shown in the chart below using images of Defendant's product. |

[1] Plaintiff provides these exemplary claim charts for the purposes of showing one basis of infringement of claim 1 of the 11,744,256 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**




| Claim 1 | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CJNXMHC2 is a "Cocktail Smoker Kit. . . with 6 Flavors Wood Chips. . ." which is a device for imparting smoked flavors to beverages and foodstuffs. |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| | <br><br>Roll over image to zoom in<br>7 VIDEOS<br>Cocktail Smoker Kit with Torch, 6 Flavors Wood Chips for Whiskey and Bourbon, Old Fashioned Smoker Kit for Infused Cocktail, Cheese, Salad and Meats, Gifts for Men, Dad and Boyfriend (No Butane)<br>Brand: Nusican<br>4.5 117 ratings<br>Amazon's Choice in Outdoor Smokers by Nusican<br>500+ bought in past month<br>-40% $29.98<br>List Price: ~~$49.98~~<br>One-Day<br>FREE Returns<br>Coupon: Apply 15% coupon Shop items › \| Terms<br>Redeem Save 8% on 4 select item(s) promo code: LXRE4CNS Terms<br>With Amazon Business, you would have saved **$281.77** in the last year. Create a free account and save up to 13% today.<br>Extra Savings Save 6% on 3 select item(s) promo co... 2 Applicable Promotion(s)<br>Size: 1 Pack<br>1 Pack $29.98 · 1 Wood Chips $19.98 · 2 Pack $59.98<br>$29.98<br>One-Day<br>FREE Returns<br>FREE delivery Tomorrow, June 5. Order within 6 hrs 26 mins<br>Deliver to KENDAL - Alexandria 22304<br>In Stock<br>Quantity: 1<br>Add to Cart<br>Buy Now<br>Ships from Amazon<br>Sold by Bstars US<br>Returns Eligible for Return, Refund or Replacement...<br>Payment Secure transaction<br>See more<br>Add a gift receipt for easy returns<br>Add to List<br>Other sellers on Amazon |
| a base having a | The “Cocktail Smoker” is a “base” unit that has a fuel chamber at the upper end that can hold wood chips: |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| fuel chamber portion at its upper end and |  |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion. |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br>  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| extending from the upper wall portion to an opening in the floor | |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning. In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch.   |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |     |
| and comprises a channel through the | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| conduit portion |  |
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:  The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass. |

| | |
|---|---|
| from the channel space through a wall of the conduit portion |   Place wood chips fuel into chamber |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | | |
|---|---|---|
| |  Ignite the wood chips with a torch and create smoke | |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | | |
|---|---|---|
| |  | Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

## III. Partial exemplary claim charts of Claim 1 terms for Defendants utilizing Configuration No. 1

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #7 ROMUCHE ASH1UZR0TNOGO B0CGLCY64G<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #8 FLYBEAST DIRECT A1PN1D90H62TDY B0C6F1N4T7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#11 ClearScentCo A1EENNXY0VX4NK B0CHSHF39Y<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>




</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #15 ecolll A15L30FMJ6NUEZ B0CFXZZBBH<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| | <br>Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#16 PWX-US A1TLFK5UNESQZU B0CH84RWC4<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #18 ruidderc A302NXKP11SZHD B0CKZ3NRCZ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #19 MINGYAN Direct A3IWGMTY08HSAJ B0CGTYKMKX<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |
| | |



**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  **Aperture** |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #22 MICHAEL GARMENT TRADING INC A2DNJL4QOC71GD B0BP2TP1NF<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #23 Envoylei A90BD0S1J18RV B0CGH4C6H4<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

| | |
|---|---|
| |  Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td rowspan="2">#26 SLAM Ventures AAO2XN7COX35W B0BX71ZJ2F<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
<tr>
<td></td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| | <br>Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#27 TSCOCKTAILS ASAE0ME1IIMUP B0CB9DLNF3<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
<tr>
<td></td>
<td></td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #29 aoiko A359Z652EOHYXV B0C2ZTZ2Z5<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#30 JAPEMAKE A175UB7IMH3545 B0CT4NGLKR

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

| | |
|---|---|
| |  Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#34 ALITA-US AR0ISW5T58QN4 B0CKQJB3XK<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #34 ALITA-US AR0ISW5T58QN4 B0B5THF74V<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| | 4.5”   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #35 maxboom A2F4T76XAPG7VD B0CJ4D4CL9<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:  |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#37 DIKETONE A2B1J7L5JHPIZA B0CPSHS8JD<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>



</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#38 jiuyishop A257QMJ1SM0CC1 B0CSP2ZB7G<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #39 Daaaaa Mai A2CI961UPLGOWS B0BZZ3SNFX<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #40 Farxiya A3QPW9YF1L7P2B B0CWN9XQGW<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #44 easybos A1CYH9GJXPXOAO B0CGHR3MRY<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #45 ClearScentCo A1EENNXY0VX4NK B0CHSHRTC9<br><br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#45 ClearScentCo A1EENNXY0VX4NK B0CHSHF39Y<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#46 Identify Shop<br>
A184H0E3Y7CHZX B0CVJ2ZPVT<br>
The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| | <br>**Aperture** |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #46 Identify Shop A184H0E3Y7CHZX B0BVGBFL63<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#47 Top TFS A241ERRNAIT9PD B09PYSP1F2<br>
The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

\

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#48 jiuyishop A257QMJ1SM0CC1 B0CSP7M4RZ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>

</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#48 jiuyishop A257QMJ1SM0CC1 B0CSP2ZB7G<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#49 Mixology Sip Aroma A30CRR2VF7VQU3 B0C89XWH6G<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #50 ADOGO-US ANUIX77KX94AZ B0CPJDP3DZ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#52 MIDA 2U A1M83DQTQXCFDT B0C857S273<br>
The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| | <br>Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#53 La Cava A1LS7RGO6P4K0E B0C533YP52

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>
#54 Hisueng A1ZLEJ6HVZZV4C B09RB1KSVT<br>
The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:



</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #56 STALLWORTH ENTERPRISES A1LYVNDMP3IDTN B0CFGSHN8X<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | | |
|---|---|---|
| |  | |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#57 chsweetan AARI38VLTS2NK B0CS69R6MB<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #59 DSKWR-USAA3RCE03RQ63T9V B0CT3QNL99<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#60 Glwobal la A3DP1C0V3A07DX B0CPJSKCQ7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

| | |
|---|---|
| | Aperture |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #61 Trained Ready & Armed A2TEX2ZO2EC0N7 B0C1HS1PZX<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#63 Capiant A2T190QBUKO8PG B0D1KFMMSS

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#63 Capiant A2T190QBUKO8PG B0CR6H1SCN<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

\
\

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#65 Sibosen A585L0L7O44AA B0CQR9PY1L<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through the chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#66 JAVLO A17BR4S62M9FE1 B0C8H91BTX<br><br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>
</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#66 JAVLO A17BR4S62M9FE1 B0C8H87JMB<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#67 LinearMarkets A1GNXMH70EDLEG B0CD933ZDJ

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#68 heyClub AO5AGEWLJ85VI B0BRNGT7CW

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #68 heyClub AO5AGEWLJ85VI B0BTY2X4JF<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | | |
|---|---|---|
| |   | |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#68 heyClub AO5AGEWLJ85VI B0CLZPBZRN

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

| | |
|---|---|
| | <br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#69 SLAM Ventures AAO2XN7COX35W B0BX71ZJ2F<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES



**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #72 Meih-SU A3PX2TMV5WEZ9H B0CGVDYY22<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#73 Leikedun A2CT85FVKV6JMB B0CHLJD762<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#74 Torched Cocktails A3P5Y93E1RD55K B0BMW8MRHX<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

| | |
|---|---|
| | <br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#77 TrendySupplyStore A3H1L5RQTOYDUF B0B8DW7XBJ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion

#79 SLOW LIVING A2XFVTJV62TO26 B0CTFQV1N3

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| | <br>Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #83 Oxmok-US A1S7BWF1QD0MUX B0CB6VXNGV<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #84 Umail A1IJILQ0GS7UKF B0BP9PCWZF<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#87 CharmBoxLabs AU6RG2N666QX5 B0CVRW7599<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
<tr>
<td></td>
<td>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#88 cocktail smoker kit A3DGZ3TNHQ9UY9 B0C289W8X7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #89 OWAYIDA A1ET80676X8NAP B09PL4LF47<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #90 ANC Products, LLC AAE37CVWZIC2Z B09LXT61H8<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #91 DUEBEL-Handcrafts A2P1QWAVNEE33L B0B4DF2PP9<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

| | |
|---|---|
| |  Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#92 LUXIAMO ASF0THC0HXOQF B0CSG6TYNK<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #93 JEKOSEN A1IA9A4135UCKV B0CNYVVVMJ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#94 Caretology A1FX4AJXRCAPVX B09TZJJY1Q<br>
The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>

<br>

</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#95 MogRiv A15YZ4KRC8N14P B0CRWN8BK9<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>

</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#97 Future Charm-US A1UOIQJDMTVAPO B0C6QMQ2NF<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#98 Zaspaver ADKGMWP3CE9MJ B0D3PJ1G11<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #99 JoannaTateMonograms 1384323003<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #100 GustoByVenus 1509093195<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



| | |
|---|---|
| |  Aperture |

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #101 Charmboxgift 1717396430<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #106 MakdaGifts 1720109704<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

| | |
|---|---|
| |  Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#107 Caretology 1210666722<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #108 BluelineLaserWorksUS 1241347816<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #109 TrendJockey 1651662607<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #110 BYouByTalitha 1326620798<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #111 SLichStore 1555165590<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

| | |
|---|---|
| | Aperture |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #112 HireathCo 1546887238<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#113 IndigoNightStudio 1422095651<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #114 FitandForge 1555264687<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #116 MijMojDesign1574427777<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #117 321CustomCreations 1231061198<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#118 LeafnLeatherCigar 1660870014<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>






</td>
</tr>
</table>

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #119 GoodVibesbuy 1654376477<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #120 FOURKLEESTORE 1596587912<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #121 BauerGiftsCo 1424561943<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #122 SouthernEdgeTX 1310500829<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #123 LoveGigiTX 1322133437<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #124 VoiceCloudCustoms 1536145137<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

| | |
|---|---|
| | Aperture |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#125 TheCraftyWarriorLLC 1308343167<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**
**EXHIBIT B TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| | <br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #126 DreamTreeDesignsShop 1647360434<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| |   |

**FILED UNDER SEAL**

**EXHIBIT B TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #129 TorchwoodDesignCO 1643332908<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |

so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion

#130 SouthernBeachesBtq 1337103484

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:



FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |   |

FILED UNDER SEAL
EXHIBIT B TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #131 BlackSheepLaserWorks 1303490925<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT B TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 1 FUNCTIONALITY WITH HOLES ON THE SIDES

| | |
|---|---|
| |  |