**FILED UNDER SEAL**

# EXHIBIT C

# FIRST AMENDED COMPLAINT

# LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

26. Configuration 2 applies to the device in Exhibit B and includes one hole in the bottom wall of the conduit portion, is as illustrated in below:




*See* First Amended Complaint, ¶26.

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

## I. Defendants utilizing Configuration 2 functionality are the following:

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 2 | Alan Lee LLC | A1BGJVUUHUSFXN | B0CKV4BXZS |
| 3 | Smokeshow Mixology | A21JLLXA56AI7B | B0C1PBNZ65 |
| 5 | Syjunf Smoker | A3K39K2J6Z0ZKD | B0CH7TPN4C |
| 10 | G&J's Finest | A171F6E0MK03UQ | B0C37YKQF3 |
| 12 | Destination323 | A2Y2G8W7M15T2Z | B0CS4JXMFQ |
| 14 | Fire and Finish | AH8JEN3PRXTFO | B0CL5J2QNG |
| 17 | XUEALHONGYUAN | A1IYB8IR0FOOT1 | B0D1FL7DQ7 |
| 20 | qingwenshangmaohang | ASVGVRRRQ9R41 | B09LCHNK1T |
| 21 | cocostudio-us | A3KEJYZO13VFB8 | B0CJ87K1YB |
| 24 | Ritual Life | A1RLZEDFTQUE7Z | B0CFVWGK51<br>B0B5SBR2BX |
| 28 | Mystic Cocktails | A2S1OQ9QKW2L1O | B0BX4RV4R9 |
| 31 | Jungle Man LLC | A1HRFWW2EZ1WCI | B0CD76NQZS |
| 32 | OSNAT | A3AC2DXARR39E1 | B0BXY1WVP9 |
| 33 | MK LifeStyles | A1LR3S84JV49LZ | B0CJ86P4T7 |
| 36 | RongHeKeJi | AGGFZ8E3PGAKV | B0CJNNCGPD |
| 41 | The Velvet Bow Tie | A1D2Q74PZ096EO | B0CBNL6239 |
| 42 | TroqueBrands | A5V5D8QASJGZ1 | B0BVGL7WSC |
| 43 | Fire and Finish | AH8JEN3PRXTFO | B0CL5J2QNG |
| 45 | Fully Beautiful Solutions | ATKRLPIEUAEYK | B0C957RL2Q |
| 51 | MelroseLocale | A1TSJRBVSQKJS | B0CN11BCQQ |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | | | |
|---|---|---|---|
| 55 | ANCHGPO | A34G1H6CW0D2KG | B0CFQC6MFH |
| 58 | YANGYIYY | A3GYGJLMZCUHDW | B0BVVTL73T |
| 62 | 7Grand | A34IYE1S2F9IJ | B0B2KXG4F7 |
| 64 | ECOASIS | A3M8Q79PWZTX22 | B0C7JGY9GW |
| 70 | Kélu | A217DK1VQT9M8Y | B0C3C41XRY |
| 71 | Fire and Finish | AH8JEN3PRXTFO | B0CL5J2QNG |
| 75 | KAERMM | A2L97F4KLZJRL6 | B0CQVSM6CN |
| 78 | iLifeTech | A3S5DVIM7YFVE0 | B0CYBHVHQK |
| 80 | MMB GOODS | A3S2Q6MC4HSV1J | B0CK9NMJDQ |
| 81 | RongHeKeJi | AGGFZ8E3PGAKV | B0CJNNCGPD |
| 82 | Inka Direct | A1LFX9GC39071Z | B0CQZN93H3 |
| 85 | Destination323 | A2Y2G8W7M15T2Z | B0CS4JXMFQ |
| 86 | L&A Online business | ABC5QUJ40KD1K | B0CS4ZY4D8 |
| 96 | Nanhe Home Furnishings | A2V1U4N0CX5I7J | B0D2991N12 |

| **Def. No.** | **Store Name** | | **Etsy.com Product Number** |
|---|---|---|---|
| 102 | LadyLDecor | | 1701799886 |
| 103 | HiCloudLLC | | 1293884052 |
| 105 | buyronyx | | 1598574523 |
| 115 | Ghlennwood | | 1396797714 |
| 127 | Plans4Wood | | 1386216122 |
| 128 | TripleBarrelled | | 1473875335 |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

## II. Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 55 ANCHGPO Seller ID A34G1H6CW0D2KG:

| Exemplary Chart for U.S. Patent No. 11,744,256 for Defendant No. 55 ANCHGPO Seller ID A34G1H6CW0D2KG |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br>Fuel Chamber Portion<br>Conduit Portion<br>Floor<br>Channel<br>Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements. Claims elements are also shown in the chart below using images of Defendant's product. |

[1] Plaintiff provides these exemplary claim charts for the purposes of showing one basis of infringement of claim 1 of the 11,744,256 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

Channel
Floor
Fuel Chamber Portion
Base
Conduit Portion
Aperture

| Claim 1 | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CFQC6MFH is a "Cocktail Smoker Kit. . ." which is a device for imparting smoked flavors to beverages and foodstuffs. |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| | <br> |
| a base having a fuel | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips: |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| chamber portion at its upper end and |  |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion.  |

| | |
|---|---|
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.   |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning. In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber.  |
| and comprises a channel through the | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| conduit portion |  |
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| through at least one aperture that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.<br><br>**Place wood chips fuel into chamber**<br><br>**Ignite the wood chips with a torch and create smoke** |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   **Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit** |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

## III. <u>Partial exemplary claim charts of Claim 1 terms for Defendants utilizing Configuration No. 2:</u>

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #2 Alan Lee LLC A1BGJVUUHUSFXN B0CKV4BXZS<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #3 Smokeshow Mixology A21JLLXA56AI7B B0C1PBNZ65<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br><br><br><br>Aperture |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #5 Syjunf Smoker A3K39K2J6Z0ZKD B0CH7TPN4C<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion

#10 G&J's Finest A171F6E0MK03UQ B0C37YKQF3

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:



FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM



FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#12 Destination323 A2Y2G8W7M15T2Z B0CS4JXMFQ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#14 Fire and Finish AH8JEN3PRXTFO B0CL5J2QNG<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>


</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#17 XUEALHONGYUAN A1IYB8IR0FOOT1 B0D1FL7DQ7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #20 qingwenshangmaohang ASVGVRRRQ9R41 B09LCHNK1T<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |
| | |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#21 cocostudio-us A3KEJYZO13VFB8 B0CJ87K1YB<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | | |
|---|---|---|
| |  | **Aperture** |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#24 Ritual Life A1RLZEDFTQUE7Z B0CFVWGK51<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>



</td>
</tr>
<tr>
<td></td>
<td></td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM



FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | 24 Ritual Life A1RLZEDFTQUE7Z B0B5SBR2BX<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>

#28 Mystic Cocktails A2S1OQ9QKW2L1OB0BX4RV4R9

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:




</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #31 Jungle Man LLC A1HRFWW2EZ1WCI B0CD76NQZS<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion

#32 OSNAT A3AC2DXARR39E1 B0BXY1WVP9

The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:



| | |
|---|---|
| | Aperture |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #33 MK LifeStyles A1LR3S84JV49LZ B0CJ86P4T7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #36 RongHeKeJi AGGFZ8E3PGAKV B0CJNNCGPD<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #41 The Velvet Bow Tie A1D2Q74PZ096EO B0CBNL6239<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

| | |
|---|---|
| | Aperture |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #42 TroqueBrands A5V5D8QASJGZ1 B0BVGL7WSC<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM



Aperture

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#43 Fire and Finish AH8JEN3PRXTFO B0CL5J2QNG<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>



</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM






FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #45 Fully Beautiful Solutions ATKRLPIEUAEYK B0C957RL2Q<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #51 MelroseLocaleA1TSJRBVSQKJS B0CN11BCQQ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#55 ANCHGPO A34G1H6CW0D2KGB0CFQC6MFH<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #58 YANGYIYY A3GYGJLMZCUHDW B0BVVTL73T<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #62 7Grand A34IYE1S2F9IJ B0B2KXG4F7<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |



FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #64 ECOASIS A3M8Q79PWZTX22 B0C7JGY9GW<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #70 Kélu A217DK1VQT9M8Y B0C3C41XRY<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |
| | |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #71 Fire and Finish AH8JEN3PRXTFO B0CL5J2QNG<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#75 KAERMM A2L97F4KLZJRL6 B0CQVSM6CN<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

| | |
|---|---|
| |  Aperture |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#45 Fully Beautiful Solutions ATKRLPIEUAEYK B0C957RL2Q<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>



</td>
</tr>
</table>

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #78 iLifeTech A3S5DVIM7YFVE0 B0CYBHVHQK<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

| | |
|---|---|
| |  Aperture |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #80 MMB GOODS A3S2Q6MC4HSV1J B0CK9NMJDQ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |   |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #81 RongHeKeJi AGGFZ8E3PGAKV B0CJNNCGPD<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#82 Inka Direct A1LFX9GC39071Z B0CQZN93H3<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>

</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| | <br>Aperture |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #85 Destination323 A2Y2G8W7M15T2Z B0CS4JXMFQ<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>Whiskey Smoker Kit with Torch Premium, Smoked Old Fashioned Kit, Cocktail Smoker Kit with Torch, 4 Flavors Wood-Chips, Bourbon Smoker Kit with Torch, Gift for Man with Wooden Gift Box, Butane Separate<br>Visit the Destination323 Store<br>4.4 · 25 ratings<br>Amazon's Choice in Barware Tool Sets by Destination323<br>200+ bought in past month<br>-30% $27^97<br>List Price: $40.00<br>Get Fast, Free Shipping with Amazon Prime<br>FREE Returns<br>Get $10 off instantly: Pay $17.97 $27.97 upon approval for the Amazon Store Card. No annual fee.<br>Brand: Destination323<br>Color: Black<br>Included Components: Cocktail Smoker<br>Manufacturer: Destination323<br>Global Trade Identification Number: 00860010817315<br>About this item<br>• Smoke Drinks Like A Professional: Prepare drinks exactly like a pro bartender. We've created a detailed and easy-to-follow instruction video to help you get the most out of your bourbon smoker kit. Butane gas sold separately.<br>• Stunning Gift Box: Wow even the most discerning connoisseur with a deluxe whiskey smoker kit. All the bar accessories are encased in a gorgeous wooden<br>Roll over image to zoom in<br>prime<br>Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime<br>Try Prime and start saving today with fast, free delivery<br>$27^97<br>Get Fast, Free Shipping with Amazon Prime<br>FREE Returns<br>FREE delivery Friday, June 21 on orders shipped by Amazon over $35<br>Or fastest delivery Tuesday, June 18. Order within 10 hrs 19 mins<br>Arrives after Father's Day. Need a gift sooner? Send an Amazon Gift Card instantly by email or text message.<br>Delivering to Alexandria 22314 - Update location<br>In Stock<br>Quantity: 1<br>Add to Cart<br>Buy Now<br>Ships from Amazon<br>Sold by Destination323 |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  Aperture |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#86 L&A Online business ABC5QUJ40KD1K B0CS4ZY4D8<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #96 Nanhe Home Furnishings A2V1U4N0CX5I7J B0D2991N12<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |






FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #102 LadyLDecor 1701799886<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #103 HiCloudLLC 1293884052<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br><br>In 20+ carts<br>$74.96+ $99.95+ 25% off<br>Sale ends in 1 day<br>Cocktail Smoker Kit \| Free 2-Day Shipping \| Whiskey Gifts \| Gifts for Men \| Whiskey Smoker w/ wood chips and Torch (Butane Sold Separate)<br>HiCloudLLC ★★★★★<br>Arrives soon! Get it by Jun 20-21 if you order today<br>Returns & exchanges accepted<br>Bundle Type *<br>Select an option<br>Pay in 4 installments of $18.74. Klarna. Learn more<br>Buy it now<br>Add to cart<br>Add to collection<br>Report this item to Etsy<br>★★★★★<br>Item details<br>Handmade<br>Materials: Wood<br>**PLEASE NOTE** Orders to Hawaii, Alaska and Puerto |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #105 buyronyx 1598574523<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>Report this item to Etsy<br>★★★★★<br>In 7 carts<br>$61.99<br>Cocktail Smoker Kit with Torch -13pcs- 4 Flavors Wood Chips Perfect Birthday, Valentine's Day, Wedding Gift for Men, Dad, Boyfriend, Husband<br>buyronyx ★★★★★<br>✓ Arrives soon! Get it by Jun 20-24 if you order today<br>✓ Returns & exchanges accepted<br>Pay in 4 installments of $15.49. Klarna. Learn more<br>Buy it now<br>Add to cart<br>Add to collection<br>Item details<br>Handmade<br>Materials: Wood<br>The Ultimate Gift: Surprise the man who already has everything with the one thing he never knew he needed: our whiskey smoker kit with torch! The accessories come in an elegant and exquisite wooden box with stunning details. |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #115 Ghlennwood 1396797714<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #127 Plans4Wood 1386216122<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |

FILED UNDER SEAL
EXHIBIT C TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #128 TripleBarrelled 1473875335<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT C TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 2 FUNCTIONALITY WITH HOLE ON THE BOTTOM

| | |
|---|---|
| |  |