FILED UNDER SEAL

# EXHIBIT D

# FIRST AMENDED COMPLAINT

# LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM

27. Configuration 3 includes multiple holes in the bottom wall of the conduit:




*See* First Amended Complaint, ¶27.

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

I. Defendants utilizing Configuration 3 functionality are the following:

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 1 | Bashu Store Corp | A1ZTCB7Z1RNE4K | B0BKLSYJV4 |
| 9 | Yuan Hang Trade | A1Y9VTBUOXJY4P | B0CGHH75WL |
| 13 | Gmang | A22D4KYSKU2JIT | B0CSDT7DDW |
| 25 | LuxHous | A1OOOYHQXSELMK | B0CCK36YKS |
| 76 | LuxHous | A1OOOYHQXSELMK | B0CCK36YKS |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

## II. Exemplary Chart for U.S. Patent No. 11,744,256 for Defendant No. 9 Yuan Hang Trade A1PN1D90H62TDY:

| Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 9 Yuan Hang Trade A1PN1D90H62TDY |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br>• Fuel Chamber Portion<br>• Conduit Portion<br>• Floor<br>• Channel<br>• Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements. Claims elements are also shown in the chart below using images of Defendant's product. |

[1] Plaintiff provides these exemplary claim charts for the purposes of showing one basis of infringement of claim 1 of the 11,744,256 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

**FILED UNDER SEAL**

**EXHIBIT D TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

Floor Channel

Fuel Chamber Portion

Base

Conduit Portion

Aperture

| **Claim 1** | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CGHH75WL is a "Cocktail Smoker Kit with Torch . . . 6 Wood Chips Flavors" which is a device for imparting smoked flavors to beverages and foodstuffs. |

**FILED UNDER SEAL**

**EXHIBIT D TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**




Roll over image to zoom in

Whiskey Smoker Kit,Cocktail Smoker Kit with Torch,Bourbon Smoker Kit,Old Fashioned Smoker Kit,Drink Smoker Infuser Kit,Bourbon Gifts for Men,Dad,Husband,Birthday Gift Ideas(Without Butane)

Visit the Grovind Store

4.6 36 ratings

200+ bought in past month

-22% $25.88

List Price: ~~$32.99~~

One-Day

FREE Returns

Coupon: Apply 30% coupon Shop items | Terms

Thank you for being a Prime Member. Pay ~~$25.88~~ $0.00 for this order. Get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Bundles with this item**

3 VIDEOS

Cocktail Smoker Kit and Cigar Ashtray
-31% $38.98
List: ~~$56.97~~

Cocktail Smoker Kit and Cigar Ashtray
-31% $38.98
List: ~~$56.97~~

$25.88

One-Day

FREE Returns

FREE delivery Tomorrow, June 5. Order within 6 hrs 10 mins

Deliver to KENDAL - Alexandria 22304

In Stock

Buy 2 or more, save 4%
Discount by Amazon Terms

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Yuan Hang Trade |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

Add to List

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:   |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion.   |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br><br> |
| wherein the fuel chamber portion is oriented to | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning. In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |

FILED UNDER SEAL
EXHIBIT D TO FIRST AMENDED COMPLAINT
LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM

| | |
|---|---|
| hold fuel, and |  |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber.  |
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |

**FILED UNDER SEAL**

**EXHIBIT D TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| |  |
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:  |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| through at least one aperture that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.<br><br>**Place wood chips fuel into chamber**<br><br>**Ignite the wood chips with a torch and create smoke** |

**FILED UNDER SEAL**

**EXHIBIT D TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| |  Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

**III. Partial exemplary claim charts of Claim 1 terms for Defendants utilizing Configuration No. 3:**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | 1 Bashu Store Corp A1ZTCB7Z1RNE4K B0BKLSYJV4<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br><br><br>Aperture |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

<table>
<tr>
<td>so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion</td>
<td>#13 GmangA22D4KYSKU2JIT B0CSDT7DDW<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br>
</td>
</tr>
</table>

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| |  |

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #25 LuxHous A1OOOYHQXSELMK B0CCK36YKS<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |

**FILED UNDER SEAL**

# EXHIBIT D TO FIRST AMENDED COMPLAINT

# LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM



**FILED UNDER SEAL**

**EXHIBIT D TO FIRST AMENDED COMPLAINT**

**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| |  |

**FILED UNDER SEAL**
**EXHIBIT D TO FIRST AMENDED COMPLAINT**
**LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM**

| | |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | #76 LuxHous A1OOOYHQXSELMK B0CCK36YKS<br>The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br> |

FILED UNDER SEAL

EXHIBIT D TO FIRST AMENDED COMPLAINT

LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM

| | |
|---|---|
| |  Aperture |