# MOTION HEARING
## UNDER SEAL

| | |
|---|---|
| Date: 6/21/2024 | Judge: Michael S. Nachmanoff |
| | Reporter: Diane Salters |
| Start: 10:58 a.m. | Deputy Clerk: Lynnelle Creek |
| Finish: 11:05 a.m. | |

**CIVIL ACTION NUMBER: 1:24-cv-958**

**Thousand Oaks Barrel Co., LLC**

**Vs.**

**The Partnerships, Companies, And Unincorporated Associations Identified on Schedule A**

___

### APPEARANCE OF COUNSEL

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Kendal Sheets | N/A |

___

### MOTION

1. Renewed Motion for Entry of a TRO, ASO, EDO, and Service of Process by Email by TOBC (Dkt. 16)-**GRANTED**
   -Court grants continued sealing of matter.
   -Relief granted as to service via email re foreign companies.
   -Party permitted to seek relief for alternative service re domestic defendants.
   -Extended date for TRO -7/5/2024.

( ) Report and Recommendation to Follow
(✓) Order to Follow