UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, *Plaintiff,* | |
| v. | Case Number 1:24-cv-958 (MSN/LRV) |
| THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, *Defendants.* | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Temporary Restraining Order and Unsealing of Docket. Having considered the motion and for good cause, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Temporary Restraining Order entered on June 21, 2024 (ECF 20), is hereby extended until July 26, 2024; and it is further

**ORDERED** that this case be unsealed.

SO ORDERED.

/s/ Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

July 3, 2024
Alexandria, Virginia

1