IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-cv-00958-MSN |

**ORDER PARTIALLY DISSOLVING TEMPORARY RESTRAINING ORDER AS TO DEFENDANT G&J's Finest**

This matter is before the Court on the *ex parte* motion filed by Plaintiff to dissolve the Temporary Restraining Order (ECF 20) as against Defendant No. 10 G&J's Finest with Merchant ID No. A171F6E0MK03UQ. Upon consideration of the motion, and it appearing proper to do so, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED as follows:

1. The Temporary Restraining Order (ECF 20) is hereby DISSOLVED as against Defendant G&J's Finest.

2. Amazon.com shall immediately release the following account:

| SELLER | AMZ_MERCHANT_ID | AZMZ_ASIN |
|---|---|---|
| G&J's Finest | A171F6E0MK03UQ | B0C37YKQF3 |

Entered this 10 day of July, 2024.
Alexandria, VA

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge