# EXHIBIT C

# FIRST AMENDED COMPLAINT

# LIST OF DEFENDANTS USING CONFIGURATION 3 FUNCTIONALITY WITH MULTIPLE HOLES ON THE BOTTOM

27.     Configuration 3 includes multiple holes in the bottom wall of the conduit:



*See* First Amended Complaint, ¶27.

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 1 | Bashu Store Corp | A1ZTCB7Z1RNE4K | B0BKLSYJV4 |
| 6 | BLACKICE Factory Outlet US | A2LF03D12LFP54 | B0CXH5L8SB |
| 11 | ClearScentCo | A1EENNXY0VX4NK | B0CHSHF39Y B0CHSHRTC9 |
| 13 | Gmang | A22D4KYSKU2JIT | B0CSDT7DDW |
| 25 & 76 | LuxHous | A1OOOYHQXSELMK | B0CCK36YKS |
| 34 | ALITA-US | AR0ISW5T58QN4 | B0CKQJB3XK B0B5THF74V |

**Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 1 – Bashu Store Corp,, Seller ID A1ZTCB7Z1RNE4K ASIN B0BKLSYJV4**

The primary elements of claim 1 (copied fully below in the left column of the chart) are:

Fuel Chamber Portion

Conduit Portion

Floor

Channel

Aperture extends from channel through a wall of Conduit Portion

There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.

The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product.

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| Claim 1 | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0BKLSYJV4 is a "Cocktail Smoker Kit. . ." which is a device for imparting smoked flavors to beverages and foodstuffs. |



| | |
|---|---|
| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:<br><br> |

| | |
|---|---|
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion.  |
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the | The fuel chamber for the Cocktail Smoker has a wall.  The wall defines a perimeter of the fuel chamber portion.  The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor. |

5

| | |
|---|---|
| upper wall portion to an opening in the floor | |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch.<br><br> |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |



| | |
|---|---|
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |



|  | **Channel**<br><br>Smoker With Lid |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>**Apertures** |

| | |
|---|---|
| least one aperture that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.<br><br> |



**Ignite the wood chips with a torch and create smoke**



**Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit**

| Exemplary Chart for U.S. Patent No. 11,744,256[1] for ASIN B0CXH5L8SB Defendant No. 6 BLACKICE Factory Outlet US Seller ID A2LF03D12LFP54 ASIN B0CXH5L8SB |
| --- |
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br><br>Fuel Chamber Portion<br>Conduit Portion<br>Floor<br>Channel<br>Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product. |

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| **Claim 1** | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CXH5L8SB is a "Cocktail Smoker Kit" which is a device for imparting smoked flavors to beverages and foodstuffs. |



| | |
|---|---|
| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:<br><br> |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion. |

4

| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor | The fuel chamber for the Cocktail Smoker has a wall.  The wall defines a perimeter of the fuel chamber portion.  The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br><br> |
|---|---|
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |



| | |
|---|---|
| | **Place wood chips fuel into chamber** |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber.<br><br>**fuel chamber**<br>**floor**<br>**Conduit portion below floor of fuel chamber** |
| and comprises a | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |

| | |
|---|---|
| channel through the conduit portion |  |
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |

7

| that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass. |



01 Prepare the drink and add wood chips

**Place wood chips fuel into chamber**



02 Gnite the wood chips with the torch

**Ignite the wood chips with a torch and create smoke**



Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit

| Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 11  ClearScentCo US, Seller ID A1EENNXY0VX4NK, ASIN B0CHSHRTC9 |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br><br>• Fuel Chamber Portion<br>• Conduit Portion<br>• Floor<br>• Channel<br>• Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product.<br><br><br><br><br> |

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| Claim 1 | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CHSHRTC9 is a "Cocktail Smoker Kit" which is a device for imparting smoked flavors to beverages and foodstuffs. |



| | |
|---|---|
| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:  |



| | |
|---|---|
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion. |
| the fuel chamber portion comprising an upper | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor. |

| | |
|---|---|
| wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor |  |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |

| | |
|---|---|
| |  |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |



| | |
|---|---|
| | **Conduit portion below floor of fuel chamber** |
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore.<br><br>**Channel** |
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel:<br><br>**Aperture** |

| | |
|---|---|
| from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.<br><br> **Place wood chips fuel into chamber** |



**Ignite the wood chips with a torch and create smoke**



**Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit**

11

| Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 13 Gmang Seller ID A22D4KYSKU2JIT, ASIN B0CSDT7DDW |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are: |

The primary elements of claim 1 (copied fully below in the left column of the chart) are:

Fuel Chamber Portion

Conduit Portion

Floor

Channel

Aperture extends from channel through a wall of Conduit Portion

There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.

The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product.

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| **Claim 1** | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CSDT7DDW is a "Cocktail Smoker Kit" which is a device for imparting smoked flavors to beverages and foodstuffs. |





| | |
|---|---|
| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:<br><br>**fuel chamber portion**<br>**base** |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion.<br><br>**conduit portion** |

| | |
|---|---|
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to an opening in the floor | The fuel chamber for the Cocktail Smoker has a wall.  The wall defines a perimeter of the fuel chamber portion.  The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br><br> |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch. |



| | |
|---|---|
| | |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |
| and comprises a channel through the | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |

| conduit portion |  |
|---|---|
| so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |

| least one aperture that extends from the channel space through a wall of the conduit portion | The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.  |

**Ignite the wood chips with a torch and create smoke**

**Place wood chips fuel into chamber**

**Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit**

**Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 25 (Duplicated as Defendant No. 76)**
**LuxHous Trade A1OOOYHQXSELMK,**
**ASIN B0CCK36YKS**

The primary elements of claim 1 (copied fully below in the left column of the chart) are:

- Fuel Chamber Portion
- Conduit Portion
- Floor
- Channel
- Aperture extends from channel through a wall of Conduit Portion

There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.

The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product.

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| **Claim 1** | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CCK36YKS is a "Cocktail Smoker Kit" which is a device for imparting smoked flavors to beverages and foodstuffs. |



| a base having a fuel chamber portion at its upper end and | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips:  |



| | |
|---|---|
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion.<br><br>**conduit portion** |
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the | The fuel chamber for the Cocktail Smoker has a wall.  The wall defines a perimeter of the fuel chamber portion.  The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor.<br><br>**floor**   **upper wall**   **Opening** |

| | |
|---|---|
| upper wall portion to an opening in the floor | |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch.<br><br> |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |

6



| | |
|---|---|
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |
| so that, when the fuel in the fuel | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |

| chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends from the channel space through a wall of the conduit portion |  **Aperture**<br><br>The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass. |
|---|---|



**Place wood chips fuel into chamber**



Ignite the wood chips with a torch and create smoke

Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit

| **Exemplary Chart for U.S. Patent No. 11,744,256[1] for Defendant No. 34 ALITA-US, Seller ID AR0ISW5T58QN4, ASIN B0CKQJB3XK** |
|---|
| The primary elements of claim 1 (copied fully below in the left column of the chart) are:<br><br>• Fuel Chamber Portion<br>• Conduit Portion<br>• Floor<br>• Channel<br>• Aperture extends from channel through a wall of Conduit Portion<br><br>There are no limitations in the claims for the size, shape, or orientation of the fuel chamber portion, conduit portion, wall in conduit portion, or aperture through a wall of the conduit portion, except that the conduit portion is disposed below the floor.<br><br>The following diagram is an exemplary mock-up in cross-section of the type of defendant's smoker product design, with identification of the claim elements.  Claims elements are also shown in the chart below using images of Defendant's product. |

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the 11,744,256 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.



| Claim 1 | |
|---|---|
| A device for imparting smoked flavors to beverages and foodstuffs, comprising: | The Amazon.com sellers page lists a product for sale under ASIN B0CKQJB3XK is a "Cocktail Smoker Kit" which is a device for imparting smoked flavors to beverages and foodstuffs. |



| a base having a | The "Cocktail Smoker" is a "base" unit that has a fuel chamber at the upper end that can hold wood chips: |
|---|---|

| | |
|---|---|
| fuel chamber portion at its upper end and |  |
| a conduit portion at its lower end, | The Cocktail Smoker has an element protruding at the bottom of the base that is a conduit portion. |



|  | |
| --- | --- |
| the fuel chamber portion comprising an upper wall portion defining a perimeter edge of the fuel chamber portion and a floor defining a bottom end, the floor extending from the upper wall portion to | The fuel chamber for the Cocktail Smoker has a wall. The wall defines a perimeter of the fuel chamber portion. The fuel chamber for the Drink Smoker has a floor of the fuel chamber portion that extends from the wall to an opening in the floor. |

| | |
|---|---|
| an opening in the floor | |
| wherein the fuel chamber portion is oriented to hold fuel, and | The fuel chamber of the Cocktail Smoker is oriented to hold wood chips for burning.  In the instructions on the storefront page, the seller shows the consumer how to place the device on a glass and add wood chips in the fuel chamber for burning with a torch.<br><br> |
| wherein the conduit portion is disposed below the floor | The conduit portion of the Cocktail Smoker is oriented below the floor of the fuel chamber. |

6



| | |
|---|---|
| and comprises a channel through the conduit portion | The channel through the conduit of the Cocktail Smoker is shown on the seller's webstore. |



|  | The conduit portion of the Cocktail Smoker has at least one hole, or aperture, in its wall that leads to the channel: |
|---|---|

so that, when the fuel in the fuel chamber portion is ignited, the channel facilitates flow of smoke downward from the fuel chamber portion through at least one aperture that extends

The instructions demonstrate that when the fuel in the fuel chamber is ignited by a blow torch, the smoke from the ignited fuel flows down from the fuel chamber, through the channel, and out at least one aperture in the conduit into the drinking glass.

from the channel space through a wall of the conduit portion



**Place wood chips fuel into chamber**

**Ignite the wood chips with a torch and create smoke**



**Smoke flows down, not up, through the channel in the conduit and out at least one aperture in the conduit**