IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-0958-MSN-LRV |

## ORDER

This matter is before the Court on Plaintiff's Motions to Seal (Dkt. Nos. 2, 5, 11), which were filed on June 4, 5, and 6, 2024. On July 3, 2024, the Court entered an order unsealing the matter. (Dkt. No. 25.) Accordingly, it is hereby

ORDERED that Plaintiff's Motions to Seal are **DENIED AS MOOT**.

ENTERED this 22nd day of July, 2024.

/s/ *KRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia