IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-00958-MSN |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 31, Jungle Man LLC, Amazon Merchant ID A1HRFWW2EZ1WCI, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

Executed on July 22, 2023

                                          Respectfully submitted,
                                          __/s/__ Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/  Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)