IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-00958-MSN |

**NOTICE OF WITHDRAWAL OF ECF DOCKET 62: NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby withdraws its voluntary dismissal of the above action against the Defendant No. 123, LoveGigiTX [ECF 62]. The dismissal of Docket No. 62 was filed by mistake.

1

Executed on July 24, 2023

                                        Respectfully submitted,
                                        __/s/__Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/  Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)