# MOTION HEARING

| | |
|---|---|
| Date: 7/26/2024 | Judge: Michael S. Nachmanoff |
| | Reporter: Diane Salters |
| Start: 9:58 AM | Deputy Clerk: Lynnelle Creek |
| Finish: 10:01 AM | |

**CIVIL ACTION NUMBER: 1:24-CV-958**

**THOUSAND OAKS BARREL CO.,**

**VS.**

**THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**

___

### APPEARANCE OF COUNSEL

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Kendal Sheets | Steven War |

___

### MOTIONS

1. Motion for for Temporary Restraining Order by Thousand Oaks (Dkt. 8)
2. Motion for Preliminary Injunction (Dkt. 46)
   - Partis represent status of case.
   - Parties directed to continue to file weekly status report.
   - Preliminary Injunction GRANTED.
   - Order to follow

___

Argued &
( ✓ ) Granted   (   ) Denied   (   ) Granted in part/Denied in part
(   ) Taken Under Advisement   (   ) Continued to