UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>*Defendants.* | Case Number 1:24-cv-958 (MSN/LRV) |

## ORDER

Upon consideration of Plaintiff's Notices of Voluntary Dismissal (ECF 59, 61, 64-67) pursuant to Rule 41(a)(1)(a)(i), it is hereby

**ORDERED** that Plaintiff's claims against Defendant No. 103, HiCloudLLC, Defendant No. 114, FitandForge, Defendant No. 124, VoiceCloudCustoms, Defendant No. 24, Ritual Life, Defendant No. 30, JAPEMAKE, and Defendant No. 1, Bashu Store Corp., are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

July 26, 2024
Alexandria, Virginia