**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>          **Plaintiff,**<br><br>**v.**<br><br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>          **Defendants.** | **Civil Action No. 1:24-cv-00958-MSN** |

**STATUS REPORT**

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

|  | Current |
|---|---|
| Resolved and Dismissed | 58 |
| Active Settlement Discussions Ongoing | 38 |
| Non-Responsive- Intend to Move for Default | <u>35</u> |
| Total | 131 |

Date: August 9, 2024

Respectfully submitted,

___/s/___Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the August 9, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.


   /s/   Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537