UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Court Level and Jurisdiction)



Thousand Oaks Barrel Co. LLC

1:24-CV-00958-MSN
(Case I.D. Number)

Plaintiff

-vs-

DreamTreeDesignsShop

Defendant

## AFFIDAVIT

I, Karen Londino, of Brick, in Ocean County, New Jersey, MAKE OATH AND SAY THAT:

1. I, Karen Londino, am drafting this statement as a witness to the relevant dispute and affirm that I was unaware of any patent regarding the mentioned product and have not sold any such products.

2. I, Karen Londino, purchased the product as a customer from an Etsy shop and advertised engraving services for the product in its current form, without selling any..

3. I Karen Londino have removed all product from our Etsy shop.

4. I, Karen Londino, am no longer receiving orders on Etsy because my shop has been shut down from this suit, resulting in a loss of sales every day.

5. I Karen Londino confirm the company we bought these smokers from at retail price was Caretology on Etsy.

6. I, Karen Londino, request dismissal from this suit as it was unintentional, and I was unaware of any patents.

STATE OF NEW JERSEY

COUNTY OF OCEAN

(Signature)

Karen Londino

SUBSCRIBED AND SWORN TO BEFORE ME, on the __16__ day of __August__, __2024__

Signature _____(Seal)
NOTARY PUBLIC
My Commission expires: __May 22 2029__

NICOLE WISSEL
Notary Public, State of New Jersey
My Commission Expires May 22, 2029