Londino
862 Stengel Ave
Brick NJ 08724

TRENTON NJ 085
16 AUG 2024 PM 4 L

CV8

United States District Court
401 Courthouse SQ
Alexandria VA 22314

ATTN Clerks office

22314-579899