IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>a Virginia Limited Liability Company,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No. 1:24-cv-00958-MSN |

## STATUS REPORT

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

|  | Current |
|---|---|
| Resolved and Dismissed | 76 |
| Active Settlement Discussions Ongoing | 38 |
| Non-Responsive- Intend to Move for Default | <u>17</u> |
|  | Total   131 |

**STATEMENT**

Settlement negotiations are ongoing with many defendants, and counsel has been contacted this week by some previously non-responsive defendants seeking settlement and dismissal.

Date: September 6, 2024  Respectfully submitted,

  /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

      /s/   Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537