IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>a Virginia Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>        Defendants. | Civil Action No. 1:24-cv-00958-MSN |

**STATUS REPORT**

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

| | Current |
|---|---|
| Resolved and Dismissed | 85 |
| Active Settlement Discussions Ongoing | 29 |
| Non-Responsive- Intend to Move for Default | <u>17</u> |
| Total | 131 |

**STATEMENT**

Settlement negotiations are ongoing with at least 29 defendants. One defendant was dismissed this week. Some of the domestic defendants have not yet been located or did not return a waiver of service. Plaintiff will be serving those that can be located directly and asking the Court for alternative service relief for those that cannot be located. The remaining defendants are technically in default, but Plaintiff desires to settle with as many as possible prior to moving for default judgment.

Date: September 20, 2024                                   Respectfully submitted,

   /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                       /s/   Kendal M. Sheets  
                                                       By:  Kendal M. Sheets  
                                                       Virginia bar number 44537