IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-00958-MSN |

**NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 10, G&J's Finest, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

1

Executed on September 25, 2023

        Respectfully submitted,
        __/s/__ Kendal M. Sheets
        Kendal Sheets (VSB No. 44537)
        ksheets@dnlzito.com
        Tel: 703-489-8937
        Joseph J. Zito (*pro hac vice*)
        jzito@dnlzito.com
        Tel. (202) 466-3500
        DNL ZITO CASTELLANO PLLC
        1250 Connecticut Avenue, NW
        Suite 700
        Washington, DC 20036
        Fax: (703) 997-7534

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/   Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)