From: Ayandi Alexander (Transmitto)
1717 Carroll St
Apt 8, Brooklyn, NY
11213

Office of The Clerk
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798

CV8

CERTIFIED MAIL

1589 0710 5270 1140 4231 14

22314 5798 C031

SEP 23, 2024
$5.58
RDC 99
S2324A500160-01

RECEIVED MAILROOM
SEP 26 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

U.S. MARSHALS INSPECTED