AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   yiwushijiaweidianzishangwuyouxiangongsi
Room 404, Building 44, C District, Qin Yan Liu, Jiangdong Street
Yiwu, Jinhua, Zhejiang 322000
China
weichangshun10000@163.com
Amazon Seller ID No.: A1PN1D90H62TDY
Defendant No. 8 FLYBEAST DIRECT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Defendant No. 8 FLYBEAST DIRECT

was received by me on *(date)* 7/16/2024                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

      served on 7/19/2024 via authenticated email weichangshun10000@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:    10/11/2024                          /s/ Kendal Sheets
_____                  _____
                                            *Server's signature*

                                  Kendal Sheets, counsel for Plaintiff
                                  _____
                                            *Printed name and title*

                                  DNL ZITO CASTELLANO PLLC
                                  1250 Connecticut Avenue, NW Suite 700
                                  Washington, DC 20036
                                  _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Shenzhen Xicongshan Tea Technology Co., Ltd
Room 2009, Building 5, Saige New Town
Sanlian Community, Jihua Street, Longgang District
Shenzhen, Guangdong 518000
China
ecolll2023@163.com
Amazon Seller ID No.: A15L30FMJ6NUEZ
Defendant No. 15 ecoll

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   7/16/2024

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Defendant No. 15 ecoll

was received by me on *(date)*  7/16/2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
     served on 7/19/2024 via authenticated email ecolll2023@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                                   /s/ Kendal Sheets

*Server's signature*

Kendal Sheets, counsel for Plaintiff

*Printed name and title*

DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

THOUSAND OAKS BARREL CO. LLC

)
)
)
)
_____ )
*Plaintiff(s)* )
v. )   Civil Action No.   1:24-CV-00958-MSN
THE UNINCORPORATED ASSOCIATIONS )
IDENTIFIED IN SCHEDULE A )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shenzhen Aolike Trading Co., Ltd
Room 309, Unit 2, Building 1, Gaofa Apartment
Nanshan District,Shenzhen, Guangdong 518000
China
admin@aoiko.com
Amazon Seller ID No.: A359Z652EOHYXV
Defendant No. 29 aoiko

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024   _____   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant No. 29 aoiko

was received by me on *(date)*  7/16/2024          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

served on 7/19/2024 via authenticated email admin@aoiko.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024

_____
/s/ Kendal Sheets
*Server's signature*

Kendal Sheets, counsel for Plaintiff
*Printed name and title*

DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yakov Haim Malka
18601 Hatteras St, Apt 123
Tarzana, CA 91356
United States
yakovmalka8@gmail.com
Amazon Seller ID No.: A3AC2DXARR39E1
Defendant No. 32 OSNAT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____7/16/2024_____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant No. 32 OSNAT

was received by me on *(date)* _7/16/2024_   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email yakovmalka8@gmail.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   _10/11/2024_

_/s/ Kendal Sheets_
*Server's signature*

Kendal Sheets, counsel for Plaintiff
*Printed name and title*
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  guangzhouronghekejiyouxiangongsi
Room 208, 2nd Floor, No. 59-63, Shatai South Road
Tianhe District
Guangzhou, Guangdong 510599
China
rongniniyi@outlook.com
Amazon Seller ID No.: AGGFZ8E3PGAKV
Defendant Nos. 36 and 81 RongHeKeji

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Defendant Nos. 36 and 81 RongHeKeji

was received by me on *(date)* 7/16/2024                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
                     served on 7/19/2024 via authenticated email rongniniyi@outlook.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/11/2024                         /s/ Kendal Sheets
                                            *Server's signature*

                                   Kendal Sheets, counsel for Plaintiff
                                         *Printed name and title*
                                   DNL ZITO CASTELLANO PLLC
                                   1250 Connecticut Avenue, NW Suite 700
                                   Washington, DC 20036
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  shenzhenshijiujiuyidianzikejiyouxiangongsi
Room 1042A, Q6E, Huaqiang Electronic Market, Xinhuaqiang, Huaqiangbei Road
Shenzhen, Guangdong 518000
China
jiujiuyic@outlook.com
Amazon Seller ID No.: A257QMJ1SM0CC1
Defendant Nos. 38 and 48 jiuyishop

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/16/2024  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant Nos. 38 and 48 jiuyishop

was received by me on *(date)* 7/16/2024                          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
           served on 7/19/2024 via authenticated email jiujiuyic@outlook.com.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00       .


I declare under penalty of perjury that this information is true.


Date:    10/11/2024                              /s/ Kendal Sheets
                                                   *Server's signature*

                                         Kendal Sheets, counsel for Plaintiff
                                                   *Printed name and title*
                                         DNL ZITO CASTELLANO PLLC
                                         1250 Connecticut Avenue, NW Suite 700
                                         Washington, DC 20036
                                                   *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ShenZhenShi Joinshine Industrial LTD.CO.
Room 619, 6th Floor, Building C2, Zhonghao Industrial City
Xiangjiaotang Community, Bantian Street, Longgang District
Shenzhen, Guangdong 518000
China
867112031@qq.com
Amazon Seller ID No.: A2Cl961UPLGOWS
Defendant No. 39 Daaaaa Mai

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___7/16/2024___    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Defendant No. 39 Daaaaa Mai

was received by me on *(date) 7/16/2024*                     .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
         served on 7/19/2024 via authenticated email 867112031@qq.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                              /s/ Kendal Sheets
_____                              _____
                                                     *Server's signature*

                                              Kendal Sheets, counsel for Plaintiff
                                             _____
                                                     *Printed name and title*
                                              DNL ZITO CASTELLANO PLLC
                                              1250 Connecticut Avenue, NW Suite 700
                                              Washington, DC 20036
                                             _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GuidongxianchuangshengmaoyiCo., Ltd
Oijiang East RoadLuoxiao Community, Oijiang Town, Guidong County
Chenzhou City, Hunan Province
China, 423500
185370799@qq.com
Amazon Seller ID No.: A1CYH9GJXPXOAO
Defendant No. 44 easybos

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Defendant No. 44 easybos

was received by me on *(date)* 7/16/2024        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
                    served on 7/19/2024 via authenticated email 185370799@qq.com.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:    10/11/2024                         /s/ Kendal Sheets
                                    _____
                                          *Server's signature*

                                    Kendal Sheets, counsel for Plaintiff
                                    _____
                                          *Printed name and title*

                                    DNL ZITO CASTELLANO PLLC
                                    1250 Connecticut Avenue, NW Suite 700
                                    Washington, DC 20036
                                    _____
                                          *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   tianfushikeji(shenzhen)youxiangongsi
No. 904, Building 2, Shentebian Science and Technology Park
Buji Street, Longgang
Shenzhen, Guangdong
China 518112
tfskj904@163.com
Amazon Seller ID No.: A241ERRNAIT9PD
Defendant No. 47 Top TFS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024   _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Defendant No. 47 Top TFS

was received by me on *(date)* 7/16/2024          .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email tfskj904@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    10/11/2024

/s/ Kendal Sheets
_____
*Server's signature*

Kendal Sheets, counsel for Plaintiff
_____
*Printed name and title*

DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

THOUSAND OAKS BARREL CO. LLC

)
)
)
)
*Plaintiff(s)*        )
)
v.                    )        Civil Action No.  1:24-CV-00958-MSN
)
THE UNINCORPORATED ASSOCIATIONS    )
IDENTIFIED IN SCHEDULE A           )
)
)
*Defendant(s)*        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Macx Dady
25 Issachar St
Modiin Maccabim Reut, 7174537
Israel
dadymacx@gmail.com
Amazon Seller ID No.: A1M83DQTQXCFDT
Defendant No. 52 MIDA 2U

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____7/16/2024_____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Defendant No. 52 MIDA 2U

was received by me on *(date) 7/26/2024*                       .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email dadymacx@gmail.com .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                          /s/ Kendal Sheets
                                          _____
                                                   *Server's signature*

                                          Kendal Sheets, counsel for Plaintiff
                                          _____
                                                   *Printed name and title*

                                          DNL ZITO CASTELLANO PLLC
                                          1250 Connecticut Avenue, NW Suite 700
                                          Washington, DC 20036
                                          _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mahar Group LLC
6910 Fisherman Sky
San Antonio, TX 78244-1929
United States
jcamilovasquezm@gmail.com
Amazon Seller ID No.: A1LS7RGO6P4K0E
Defendant No. 53 La Cava

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Defendant No. 53 La Cava

was received by me on *(date) 7/16/2024*                              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email jcamilovasquezm@gmail.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      10/11/2024                        /s/ Kendal Sheets

                                                   *Server's signature*

                                            Kendal Sheets, counsel for Plaintiff
                                                   *Printed name and title*

                                            DNL ZITO CASTELLANO PLLC
                                            1250 Connecticut Avenue, NW Suite 700
                                            Washington, DC 20036
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

THOUSAND OAKS BARREL CO. LLC

*Plaintiff(s)*

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shenzhen Wangsheng E-Commerce Co., Ltd
5B, Building 1, Unit 2, Qilixiangxie Community, Dalin Community, Minzhi Street
Longhua District
Shenzhen, Guangdong 518131
China
provicstore@hotmail.com
Amazon Seller ID No.: A1ZLEJ6HVZZV4C
Defendant No. 54 Hisueng

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Defendant No. 54 Hisueng

was received by me on *(date)* 7/16/2024                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:     10/11/2024                              /s/ Kendal Sheets
                                        _____
                                              *Server's signature*

                                        Kendal Sheets, counsel for Plaintiff
                                        _____
                                              *Printed name and title*

                                        DNL ZITO CASTELLANO PLLC
                                        1250 Connecticut Avenue, NW Suite 700
                                        Washington, DC 20036
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   1:24-CV-00958-MSN |
| v. | ) | |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lin Li
Room 205, Weiye Building
Minzhi, Longhua
Shenzhen, Guangdong 518000
China
1832634751@qq.com
Amazon Seller ID No.: A34G1H6CW0D2KG
Defendant No. 55 ANCHGPO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Defendant No. 55 ANCHGPO

was received by me on *(date)* 7/16/2024                 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email 1832634751@qq.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                           /s/ Kendal Sheets
                                          _____
                                                *Server's signature*

                                          Kendal Sheets, counsel for Plaintiff
                                          _____
                                                *Printed name and title*

                                          DNL ZITO CASTELLANO PLLC
                                          1250 Connecticut Avenue, NW Suite 700
                                          Washington, DC 20036
                                          _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  shenzhenshiyangyixinxijishuyouxiangongsi
1408, 28th Alley, 3rd Lane, Hua Qiao New Village, Mabu Community, Xixiang Street
Bao'an District
Shenzhen, Guangdong 518000
China
yyyangyi258@163.com
Amazon Seller ID No.: A3GYGJLMZCUHDW
Defendant No. 58 YANGYIYY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*                Defendant No. 58 YANGYIYY

was received by me on *(date) 7/16/2024*                          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

served on 7/19/2024 via authenticated email yyyangyi258@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                                     /s/ Kendal Sheets
                                                _____
                                                        *Server's signature*

                                                Kendal Sheets, counsel for Plaintiff
                                                _____
                                                        *Printed name and title*

                                                DNL ZITO CASTELLANO PLLC
                                                1250 Connecticut Avenue, NW Suite 700
                                                Washington, DC 20036
                                                _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Discovery Zhuhai e-commerce Co., Ltd
Unit 904, Building 2, Shanshui Hengyuan, No. 12
North Zhufeng Avenue, Qianwu Town, Doumen District
Zhuhai, Guangdong 519110
17147230@qq.com
Amazon Seller ID No.: A3RCE03RQ63T9V
Defendant No. 59 DSKWR-USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____7/16/2024_____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Defendant No. 59 DSKWR-USA

was received by me on *(date)* 7/16/2024                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

served on 7/19/2024 via authenticated email 17147230@qq.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                    /s/ Kendal Sheets
                                      _____
                                               *Server's signature*

                                      Kendal Sheets, counsel for Plaintiff
                                      _____
                                               *Printed name and title*

                                      DNL ZITO CASTELLANO PLLC
                                      1250 Connecticut Avenue, NW Suite 700
                                      Washington, DC 20036
                                      _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Javier Enrique Lozano Suarez
CR 2 #14A-35
Reservas Del Sauce CA 2B
Cota, Cundinamarca 250010
Colombia
Amazon Seller ID No.: A17BR4S62M9FE1
Defendant No. 66 JAVLO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Defendant No. 66 JAVLO

was received by me on *(date) 7/26/2024*                                            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
            served on 7/19/2024 via authenticated email javlo.corp@gmail.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      10/11/2024                                    /s/ Kendal Sheets
_____                    _____
                                                                   *Server's signature*

                                                     Kendal Sheets, counsel for Plaintiff
                                                     _____
                                                                   *Printed name and title*

                                                     DNL ZITO CASTELLANO PLLC
                                                     1250 Connecticut Avenue, NW Suite 700
                                                     Washington, DC 20036
                                                     _____
                                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ningxia Nuosvio Network Technology Co., Ltd.
Yangzhongbao Village No. 7 Group
Yingbao Town, Yuanzhou District
Guyuan City, Ningxia, 756000
China
Amazon Seller ID No.: A2L97F4KLZJRL6
Defendant No. 75 KAERMM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _7/16/2024_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Defendant No. 75 KAERMM

was received by me on *(date) 7/26/2024*                   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
          served on 7/19/2024 via authenticated email 17795432517@163.com.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:      10/11/2024                          /s/ Kendal Sheets
                                                    *Server's signature*

                                            Kendal Sheets, counsel for Plaintiff
                                                    *Printed name and title*

                                            DNL ZITO CASTELLANO PLLC
                                            1250 Connecticut Avenue, NW Suite 700
                                            Washington, DC 20036
                                                    *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shenzhenshi Henghaoyuan Maoyi Youxianzerengongsi
Room 401, Building 17, Xiangnan Third Area, Minqiang Community, Minzhi Street
Longhua District
Shenzhen City, Guangdong Province
518131
China
Amazon Seller ID No.: A3H1L5RQTOYDUF
Defendant No. 77 TrendySupplyStore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant No. 77 TrendySupplyStore

was received by me on *(date) 7/16/2024*                        .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

         served on 7/19/2024 via authenticated email grant_martinez0225@126.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024

                               /s/ Kendal Sheets

                                     *Server's signature*

                      Kendal Sheets, counsel for Plaintiff

                               *Printed name and title*

                      DNL ZITO CASTELLANO PLLC

                      1250 Connecticut Avenue, NW Suite 700

                      Washington, DC 20036

                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHEN ZHEN SHI TAI CHANG ZHUANG SHI YOU XIAN GONG SI
Room 402, No. 10, Bei Alley, Shuijingang, Shangshuijing Community, Jihua Street
Longgang District
Shenzhen City, Guangdong Province 518112
China
Amazon Seller ID No.: A2XFVTJV62TO26
Defendant No. 79 SLOW LIVING

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Defendant No. 79 SLOW LIVING

was received by me on *(date)* 7/16/2024                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
            served on 7/19/2024 via authenticated email ltd-taichang@outlook.com.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:    10/11/2024                          /s/ Kendal Sheets
                                    _____
                                              *Server's signature*

                                    Kendal Sheets, counsel for Plaintiff
                                    _____
                                              *Printed name and title*

                                    DNL ZITO CASTELLANO PLLC
                                    1250 Connecticut Avenue, NW Suite 700
                                    Washington, DC 20036
                                    _____
                                              *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

THOUSAND OAKS BARREL CO. LLC )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.   1:24-CV-00958-MSN
)
THE UNINCORPORATED ASSOCIATIONS )
IDENTIFIED IN SCHEDULE A )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shenzhenshi Yuyunmeng Keji Youxian Gongsi
Minzhi Street Minxin Community
Henglang Fourth District 94 Building 1008
Shenzhen, Longhua District
Guangdong Province 518000
China
Amazon Seller ID No.: A1S7BWF1QD0MUX
Defendant 83 Oxmok-US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant 83 Oxmok-US

was received by me on *(date) 7/16/2024*   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
served on 7/19/2024 via authenticated email yuyunmeng2023@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024

/s/ Kendal Sheets
_____
*Server's signature*

Kendal Sheets, counsel for Plaintiff
_____
*Printed name and title*

DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-CV-00958-MSN |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wannianxian Haiying Shanghang
Zhuitang Town, Zheng Street
Shangrao City
Wannian County
Jiangxi Province 335500
China
Amazon Seller ID No.: A1ET80676X8NAP
Defendant No. 89 OWAYIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/16/2024   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Defendant No. 89 OWAYIDA

was received by me on *(date) 7/16/2024*                      .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
   served on 7/19/2024 via authenticated email ljpdyl0505@163.com.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:     10/11/2024                              /s/ Kendal Sheets
                                          _____
                                                  *Server's signature*

                                          Kendal Sheets, counsel for Plaintiff
                                          _____
                                                  *Printed name and title*
                                          DNL ZITO CASTELLANO PLLC
                                          1250 Connecticut Avenue, NW Suite 700
                                          Washington, DC 20036
                                          _____
                                                  *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  1:24-CV-00958-MSN |
| v. | ) | |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shenzhen Bolandi Technology Co., Ltd.
Longhua District, Fucheng Street, Dashuikeng Community, Dashuikeng Road 56, Unit 601
Shenzhen
Guangdong 518000
China
Amazon Seller ID No.: A2V1U4N0CX5I7J
Defendant No. 96 Nanhe Home Furnishings

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/16/2024    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant No. 96 Nanhe Home Furnishings

was received by me on *(date) 7/16/2024*                  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
          served on 7/19/2024 via authenticated email 2775248863@qq.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2024                          /s/ Kendal Sheets
                                        _____
                                                   *Server's signature*

                                        Kendal Sheets, counsel for Plaintiff
                                        _____
                                                  *Printed name and title*
                                        DNL ZITO CASTELLANO PLLC
                                        1250 Connecticut Avenue, NW Suite 700
                                        Washington, DC 20036
                                        _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

THOUSAND OAKS BARREL CO. LLC

*Plaintiff(s)*

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A

*Defendant(s)*

Civil Action No.  1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Guangzhou Sailei Gongying Liangguanli Youxiangongsi
Tongfu East Road 488, Unit 403
Haizhu District
Guangzhou
Guangdong 510220
China
Amazon Seller ID No.: A1UOIQJDMTVAPO
Defendant No. 97 Future Charm-US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/16/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Defendant No. 97 Future Charm-US

was received by me on *(date)* 7/16/2024          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
             served on 7/19/2024 via authenticated email slgylymx@163.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/11/2024                    /s/ Kendal Sheets
                                       _____
                                                  *Server's signature*

                                       Kendal Sheets, counsel for Plaintiff
                                       _____
                                                  *Printed name and title*
                                       DNL ZITO CASTELLANO PLLC
                                       1250 Connecticut Avenue, NW Suite 700
                                       Washington, DC 20036
                                       _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE A | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:24-CV-00958-MSN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Changsha Manzhashi Dianzi Shangwu Youxian Gongsi
68 Xinhe Road, Beichen Phoenix Heaven Garden
B1E1 Building 1-10, Basement Parking Platform 17021
Kaifu District
Changsha, Hunan 410008
China
Amazon Seller ID No.: ADKGMWP3CE9MJ
Defendant No. 98 Zaspaver

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kendal Sheets
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
ksheets@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___7/16/2024___          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00958-MSN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Defendant No. 98 Zaspaver

was received by me on *(date) 7/26/2024*                         .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

    served on 7/19/2024 via authenticated email zscorp@foxmail.com.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:          10/11/2024                          /s/ Kendal Sheets
                                              *Server's signature*

                         Kendal Sheets, counsel for Plaintiff
                                 *Printed name and title*

                   DNL ZITO CASTELLANO PLLC
                   1250 Connecticut Avenue, NW Suite 700
                   Washington, DC 20036

                                   *Server's address*

Additional information regarding attempted service, etc: