IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-cv-00958-MSN |

## STATUS REPORT

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

|  | Current |
|---|---|
| Resolved and Dismissed | 106 |
| Filed Answer | 1 |
| Non-Responsive- Intend to Move for Default | <u>24</u> |
|  Total | 131 |

# STATEMENT

Plaintiff filed 24 returned summonses from July 19, 2024 for service of the Amended Complaint via email upon non-domestic defendants. Plaintiff will request certification of default and then move the Court for a default judgement. The sole remaining U.S.-based defendant, #42 TroqueBrands, filed an answer. Plaintiff is negotiating a settlement with this defendant.

Date: October 11, 2024                                                              Respectfully submitted,

    /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the October 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

　/s/　Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537