IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

THOUSAND OAKS BARREL CO. LLC
a Virginia Limited Liability Company,

    Plaintiff,

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

    Defendants.

Civil Action No. 1:24-cv-00958-MSN

## STATUS REPORT

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

|  | Current |
|---|---|
| Resolved and Dismissed | 106 |
| Filed Answer | 1 |
| Non-Responsive- Intend to Move for Default | <u>24</u> |
|  Total | 131 |

# STATEMENT

Plaintiff received certification of default in ECF 210 and will move for default judgement on non-U.S. defendants in the coming weeks. The sole remaining U.S.-based defendant, #42 TroqueBrands, filed an answer that was unidentified [ECF 122]. The undersigned attorney Sheets contacted the owner of TroqueBrands, Ayandi Alexander, on October 15, 2024 and again today via email to inquire whether the defendant will enter into negotiations or pursue this case. No communication has been received from Troquebrands since September 22, 2024.

|  |  |
|---|---|
| Date: October 25, 2024 | Respectfully submitted,<br><br>__/s/__ Kendal M. Sheets<br>Kendal Sheets (VSB No. 44537)<br>ksheets@dnlzito.com<br>Tel: 703-489-8937<br>Joseph J. Zito (*pro hac vice*)<br>jzito@dnlzito.com<br>Tel. (202) 466-3500<br>DNL ZITO CASTELLANO PLLC<br>1250 Connecticut Avenue, NW<br>Suite 700<br>Washington, DC 20036<br>Fax: (703) 997-7534<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the October 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

    /s/  Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537