# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **THOUSAND OAKS BARREL CO., LLC,** <br> **a Virginia limited liability company,** <br><br>     **Plaintiff,** <br><br>     **v.** <br><br> **THE UNINCORPORATED** <br> **ASSOCIATIONS** <br> **IDENTIFIED ON SCHEDULE A,** <br><br>     **Defendants.** | **Case No. 1:24-cv-958-MSN-LRV** |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Thousand Oaks Barrel Co. hereby files this Motion for Default Judgment against the following Schedule A Defendants:

| Def. # | Amazon Seller Name (Sch. A) | Amazon Seller_ID |
|---|---|---|
| 8 | FLYBEAST DIRECT | A1PN1D90H62TDY |
| 15 | ecolll | A15L30FMJ6NUEZ |
| 29 | aoiko | A359Z652EOHYXV |
| 32 | OSNAT | A3AC2DXARR39E1 |
| 36 and 81 | RongHeKeJi | AGGFZ8E3PGAKV |
| 38 and 48 | jiuyishop | A257QMJ1SM0CC1 |
| 39 | Daaaaa Mai | A2CI961UPLGOWS |
| 44 | Easybos | A1CYH9GJXPXOAO |
| 47 | Top TFS | A241ERRNAIT9PD |
| 52 | MIDA 2U | A1M83DQTQXCFDT |
| 53 | La Cava | A1LS7RGO6P4K0E |
| 55 | ANCHGPO | A34G1H6CW0D2KG |
| 58 | YANGYIYY | A3GYGJLMZCUHDW |
| 59 | DSKWR-USA | A3RCE03RQ63T9V |
| 66 | JAVLO | A17BR4S62M9FE1 |

1

| 75 | KAERMM | A2L97F4KLZJRL6 |
| 77 | TrendySupplyStore | A3H1L5RQTOYDUF |
| 79 | SLOW LIVING | A2XFVTJV62TO26 |
| 83 | Oxmok-US | A1S7BWF1QD0MUX |
| 89 | OWAYIDA | A1ET80676X8NAP |
| 96 | Nanhe Home Furnishings | A2V1U4N0CX5I7J |
| 97 | Future Charm-US | A1UOIQJDMTVAPO |
| 98 | Zaspaver | ADKGMWP3CE9MJ |

An accompanying Brief in Support is filed herewith.

A warning in compliance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) is attached to this motion.

A draft order is also attached to this motion.

Date: November 7, 2024

Respectfully submitted,

   /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.


                          __/s/__ Kendal M. Sheets
                          By:  Ken Sheets
                          Virginia bar number 44537

                          *Attorney for Plaintiff*