**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| |
|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>     **Defendants.** |

**Civil Action No. 1:24-cv-00958-MSN-LRV**

## NOTICE OF HEARING

PLEASE BE ADVISED THAT on December 6, 2024 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Thousand Oaks Barrel Co. LLC will move this Court for entry of its Motion for Default Judgment in accordance with the accompanying motion and memorandum.

Date: November 7, 2024

Respectfully submitted,

   /s/  Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

1