**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>　　　　　**Defendants.** | **Civil Action No. 1:24-cv-00958-MSN-LRV** |

**PLAINTIFF'S CERTIFICATION OF TRANSMITTAL OF
<u>MOTION FOR DEFAULT JUDGMENT</u>**

Plaintiff Thousand Oaks Barrel Co. hereby certifies that today, November 7, 2024, the following documents were emailed to the Defaulting Defendants that are listed in Plaintiff's Motion for Default Judgment (ECF 214-217) using each defendant's verified Amazon.com email address:

- Plaintiff's Motion for Default Judgment, Roseboro Notice, and Draft Order

- Plaintiff's Memorandum in Support of Motion for Default Judgment, Exhibit A, and Exhibit B

- Notice of Hearing Date

- Certificate of Service

1

Date: November 7, 2024

Respectfully submitted,

__/s/__ Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                 /s/   Kendal M. Sheets
                By:  Ken Sheets
                Virginia bar number 44537

                *Attorney for Plaintiff*