IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-cv-00958-MSN |

## STATUS REPORT

Pursuant to the Court's July 26, 2024 Order requiring Plaintiff Thousand Oaks Barrel Co. LLC ("Thousand Oaks") to file a Status Report weekly, Thousand Oaks hereby submits this Status Report to the Court.

| | Current |
|---|---|
| Resolved and Dismissed | 106 |
| Filed Answer | 1 |
| In Negotiations to Dismiss | 1 |
| Non-Responsive- Intend to Move for Default | <u>23</u> |
| Total | 131 |

**STATEMENT**

No changes in the case have occurred since the prior status report. Plaintiff received certification of default in ECF 210 and filed for default judgement on 24 non-U.S. defendants. *See* ECF 214. The hearing for Plaintiff's Motion for Default Judgement is set for December 6, 2024, 10:00 A.M. before Judge Vaala. (11/8/2024 Docket entry to Reset Deadlines.)  One of the defendants in default desires to settle and be dismissed, which Plaintiff is negotiating currently. The sole remaining U.S.-based defendant, No. 42 TroqueBrands, filed an answer that was unidentified [ECF 122].  No communication has been received by Def. No. 42 since September 22, 2024.

Date: November 15, 2024

Respectfully submitted,

  /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the November 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                               __/s/__ Kendal M. Sheets
                                                                By:  Kendal M. Sheets
                                                                Virginia bar number 44537