IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>                    *Plaintiff*,<br><br>    v.<br><br>THE UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED IN<br>SCHEDULE A,<br>                    *Defendants*. | 1:24-cv-00958 (MSN/LRV) |

## ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge Lindsey Robinson Vaala ("Report and Recommendation") entered on August 14, 2025. ECF 228.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge as to all but Defendant No. 75 (KAERMM), as Defendant No. 75 has since been voluntarily dismissed from this action. *See* ECF 230. It is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full except as to Defendant No. 75 (KAERMM); it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 214) is **GRANTED IN PART** as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants; it is further

**ORDERED** that Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. offering for sale, selling, and importing the Infringing Products;

b. aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Products; and

c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing; it is further

**ORDERED** that Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with the Amazon.com, Inc. ("Amazon") marketplace (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell the Infringing Products; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of the Infringing Products; it is further

**ORDERED** that upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined above, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of the Infringing Products; it is further

**ORDERED** that pursuant to 35 U.S.C. § 284, Plaintiff is awarded a reasonable royalty of five dollars per unit of the units sold as reported in the following chart, from each of the Defaulting Defendants for infringing use of Patent No. 11,744,256 on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart.

| Defendant No. | Amazon Seller Name (Sch. A) | Amazon Seller ID | Infringing ASIN Units Sold | Calculated Royalty ($US) |
|---|---|---|---|---|
| 8 | FLYBEAST DIRECT | A1PN1D90H62TDY | 5,652 | $28,260.00 |

| 15 | ecolll | Al5L30FMJ6NUEZ | 1,387 | $6,935.00 |
|---|---|---|---|---|
| 29 | aoiko | A359Z652EOHYXV | 198 | $990.00 |
| 32 | OSNAT | A3AC2DXARR39EI | 1,545 | $7,725.00 |
| 36 & 81 | RongHeKeJi | AGGFZ8E3PGAKV | 729 | $3,645.00 |
| 38 & 48 | jiuyishop | A257QMJISM0CC1 | 47 | $235.00 |
| 39 | Daaaaa Mai | A2CI961UPLGOWS | 1,696 | $8,480.00 |
| 44 | Easybos | A1CYH9GJXPXOAO | 4,994 | $24,970.00 |
| 47 | Top TFS | A241ERRNAIT9PD | 1,847 | $9,235.00 |
| 52 | MIDA 2U | A1M83DQTQXCFDT | 186 | $930.00 |
| 55 | ANCHGPO | A34GIH6CWOD2KG | 368 | $1,840.00 |
| 58 | YANGYIYY | A3GYGJLMZCUHDW | 98 | $490.00 |
| 59 | DSKWR-USA | A3RCE03RQ63T9V | 31 | $155.00 |
| 66 | JAVLO | Al7BR4S62M9FE1 | 153 | $765.00 |
| 77 | TrendySupplyStore | A3H1L5RQTOYDUF | 127 | $635.00 |
| 79 | SLOW LIVING | A2XFVTJV621026 | 3 | $15.00 |
| 83 | Oxmok-US | A1S7BWFIQD0MUX | 304 | $1,520.00 |
| 89 | OWAYIDA | AIET80676X8NAP | 4,073 | $20,365.00 |
| **Total** | | | **23,438** | **$117,190.00** |

This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A; it is further

ORDERED that any Third Party Providers or financial institutions holding funds for Defaulting Defendants, including but not limited to PayPal, Inc., Payoneer, Amazon, Inc. or Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or disposing of any funds (up to the royalties awarded above) or other of Defaulting Defendants' assets; it is further

ORDERED that all monies (up to the amount of the profits awarded above) in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Inc., Payoneer, Amazon, Inc. or Amazon Pay, are hereby released to Plaintiff as partial payment

of the above-identified damages, and Third Party Providers, including PayPal, Inc., Payoneer, Amazon, Inc. or Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order; it is further

**ORDERED** that until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69; it is further

**ORDERED** that, in the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties; it is further

**ORDERED** that Plaintiff's request for attorneys' fees for this action is **DENIED**.

It is **SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

                                              /s/

                                   Michael S. Nachmanoff
                                   United States District Judge

September 4, 2025
Alexandria, Virginia